175 South Broad Street
PO Box 8068
Trenton, NJ 08650

Phone: (609) 571-4490
Fax (609) 571-4473

**Superior Court of New Jersey**

**Mercer Vicinage**

# Fax

To: Valorie D. Smith   From: Superior Court of New Jersey/ Brenda

Fax: 973 297-2010   Date: 4/30/14

Phone: 609-571-445   Pages: 12

Re: L-2130-13   CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•Comments:

CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (at the number listed by the sender), and return the original message to us at the address listed via the U. S. Postal Service. Thank you.


DEFENDANT'S EXHIBIT A

```
CVM1023            AUTOMATED CASE MANAGEMENT SYSTEM              04/30/14
PAGE: 001 OF 001        DOCUMENT      LIST                      15:10

    VENUE    : MERCER      COURT : LAW CVL      DOCKET #: L  002130  13
    CASE TITLE : DAVIS V BERCIK MD
--------------------------------------------------------------------------
      DATE     DOC    DOCUMENT     NON      FILING/TARGET   ATTORNEY    MUL DOC
S    FILED     NUM      TYPE      CONF     PARTY NAME        NAME     PTY STA
--------------------------------------------------------------------------
     10 03 2013 001 COMP JRY DEMAND        DAVIS          PRO SE      N
     04 03 2014 005 PRF SERVC              BERCIK MD      ATTY REQUIRE N
     04 07 2014 002 PRF SERVC              BERCIK MD      ATTY REQUIRE N
     04 17 2014 004 CRT INIT TO DSM        COURT INIT                 N    GR


CV900123 END OF SEARCH
PF1=INQRY   PF2=MAINT
PF4=PROMPT  PF6=CONSOLIDATED CASE LIST  PF7=PRIOR  PF8=NEXT  PF22=HELP:
```

***** AFFIDAVIT OF SERVICE *****

ER: S13010470          DEFENDANT SEQUENCE 1 OF 1                    12/17/2013

---

### Summons & Complaint

I, Arm. o B. Fontoura, Sheriff of Essex County, do hereby deputize MICHAEL BERMINGHAM and appoint to be my Deputy, To Serve and Return the Summons and Complaint according to Law.

COURT OF ISSUANCE: Mercer County Superior Court/S&C
ENTERED BY: Mary

ATTORNEY                          Check #    Receipt #   Receipt Amt
ELLA DAVIS
33 PEARL ST                       2154087791 120886        25.10
TRENTON NJ 08609

COURT:    Mercer County Superior Court/S&C
Docket #: L213013              State: NJ

CAPTION OF CASE

Name:    ELLA DAVIS
Vs       ROBERT J BERCIK MD VA MEDICAL CENTER
         DEFENDANT OR NAMED WITHIN TO BE SERVED
Name:    ROBERT J BERCIK MD

Address:                          CLERK OF SUPERIOR COURT      Hearing Date:
                                  SUPERIOR COURT OF N.J.              Time:
                                  MERCER COUNTY
                                  RECEIVED AND FILED
Papers served: SUMMONS AND COMPLAINT                            RECEIVED

                                  APR 03 2014                   APR -3 2014

                                  Sue Regan                    CIV CASE MANAGEMENT
                                  SUE REGAN
                                  DEPUTY CLERK OF SUPERIOR COURT

---

------------ SERVICE DATA RECORDED ------------

____ SERVED SUCCESSFULLY    ✓ UNABLE TO SERVE          NUMBER OF ATTEMPTS 3
DATE: 3-13-2014  TIME: 3:15 P.M.                        DATE: 12-30-13  DATE: 1-8-14
REMARKS: UNABLE TO SERVE. RETURN TO PLAINTIFF.

____ Personally Delivered  ____ Officer       ____ Managing Agent    ____ Registered Agent
____ Copy left with competent household member       ____ Agent Authorized to accept

                                              Is in the Military  Is not in the Military

Person Served..._____
                                    (Title/Relationship)
Sex:   __ Male      __ Female
Skin:  __ White     __ Black    __ Yellow    __ Brown __ Red
Height: __ Under 5'    __ 5'-5.6'    __ 5.7'-6'    __ Over 6'
Weight: __ Under 100#  __ 100-150#  __ 151-200#  __ Over 200#
Hair: __ Black __ Brown __ Blonde __ Gray __ Red __ White __ Balding
Age:  __ 14-20 __ 21-35 __ 36-50 __ 51-65 __ Over 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON
                                    SIGNATURE _____
                                    SHERIFF'S OFFICER OF ESSEX COUNTY

Attorney(s):
Office Address:
Telephone No.:
Attorney(s) for the Plaintiff(s):

| | |
|---|---|
| Plaintiff(s): ELLA DAOU | ) Superior Court of New Jersey |
| | ) |
| | ) Morton _____ County |
| | ) |
| -vs.- | ) Law Division |
| | ) |
| | ) Docket No.: L-2130-13 |
| Defendant(s): Robert J Bercik MD | ) |
| VA Medical Center | ) |
| 385 Thenront ave, EASTORANGE NJ | ) SUMMONS |
| The State of New Jersey, to the Above Named Defendant(s): Robert J. Bercik MD |  |

The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided). If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, and PO Box 971, Trenton, NJ 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion (with fee of $135.00 for Law Division and a completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If the judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Office in the County where you live. A list of those offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

1

If you do not have an attorney, you may call 973 622-6207 for the Essex County Lawyer Referral Service or N.J. State Bar Association at 1-800-852-0127. If you cannot afford an attorney, you may call Superior Court for the Essex County Legal Service.

Dated: 2/10/2013

Jennifer Perez, Acting Clerk of the Superior Court
Michelle M. Smith, Esq.

Name of Defendant to be Served:
Address for service:

2

## DEPUTY CLERKS ADDRESSES

Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 07330
Bergen County Justice Center, 10 Main St., Hackensack, NJ 07601
Burlington County Courts Facility, 49 Rancocas Rd., Mt. Holly, NJ 08060
Camden County Hall of Justice, 101 South 5th St., Camden, NJ 08103
Cape May County Courthouse, Main St., Cape May Court House, NJ 08210
Cumberland County Courthouse, Broad & Fayette Streets, Bridgeton, NJ 08302
Essex County, Essex County Historic Courthouse, Rm 113, Newark, NJ 07102
Gloucester County Courthouse, 1 North Broad St., Woodbury, NJ 08096
Hudson County Admin. Bldg., 595 Newark Ave., Jersey City, NJ 07306
Hunterdon County Courthouse, Main St., Flemington, NJ 08822
Mercer County, Mercer County Courthouse, PO Box 8068, Trenton, NJ 08650-0068
Middlesex County, Middlesex County Courthouse, 1 Kennedy Sq., New Brunswick, NJ 08903
Monmouth County, Monmouth County Courthouse, 71 Monument Park, Freehold, NJ 07728
Morris County Courthouse, PO Box 900, Morristown, NJ 07963-0900
Ocean County Courthouse, 118 Washington St., Toms River, NJ 08754
Passaic County Courthouse, 77 Hamilton Street, Paterson, NJ 07505-2017
Salem County Courthouse, 92 Market St., Salem, NJ 08079
Somerset County Courthouse, PO Box 3000, Somerville, NJ 08876-1262.
Sussex County Courthouse, 43-47 High Street, Newton, NJ 07860
Union County Courthouse, 2 Broad St., Elizabeth, NJ 07207
Warren County Courthouse, 2nd & Hardwick Sts., Belvidere, NJ 07823

| | LEGAL AID OFFICES | LEGAL SERVICES OFFICES |
|---|---|---|
| Atlantic County | (609) 384-4200 | (609) 345-3444 |
| Bergen County | (201) 487-2166 | (201) 488-0044 or 692-1011 |
| Burlington County | (609) 261-1088 | (609) 261-4862 |
| Camden County | (856) 964-1002 | (856) 964-4520 |
| Cape May County | (609) 465-3001 | (609) 463-0313 |
| Cumberland County | (856) 692-2400 | (856) 692-6207 |
| Essex County | (973) 622-1513 | (973) 622-6207 |
| Gloucester County | (856) 848-5360 | (856) 848-4589 |
| Hudson County | (201) 792-6363 | (201) 798-2727 |
| Hunterdon County | (908) 782-7979 | (908) 735-2611 |
| Mercer County | (609) 695-6249 | (908) 890-6200 |
| Middlesex County | (732) 249-7600 | (732) 828-0053 |
| Monmouth County | (732) 747-7400 | (732) 431-5544 |
| Morris County | (973) 285-6911 | (973) 267-5822 |
| Ocean County | (732) 341-2727 | (732) 240-3666 |
| Passaic County | (973) 345-7171 | (973) 278-9223 |
| Salem County | (856) 451-0003 | (856) 678-8363 |
| Somerset County | (908) 231-0840 | (908) 685-2323 |
| Sussex County | (973) 383-7400 | (973) 267-5882 |
| Union County | (908) 528-4769 | (908) 353-4715 |
| Warren County | (908) 475-2010 | (908) 267-5882 |

3

##### ***** AFFIDAVIT OF SERVICE - SUMMONS AND COMPLAINT *****   03/28/2014

SHERIFF #SNC14001555   DEFENDANT SEQUENCE 1 OF 1   OFFICER: JOHN GURA

I, Ralph Froehlich, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE JOHN GURA AND APPOINT TO BE MY DEPUTY TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY: | | Receipt Check # | Receipt Amt |
|---|---|---|---|
| ELLA DAVIS | APR 07 2014 | 122854  M/O 2154498 | 26.00 |
| 33 PEARL STREET | | | |
| TRENTON NJ 08609 | | | |

———————————— COURT INFORMATION ————————————

COURT OF ISSUANCE: Superior-Mercer   BRANCH:

DOCKET #: L213013   STATE: NJ   COUNTY OF VENUE Mercer

MMATHEWS

———————————— CAPTION OF CASE ————————————

NAME: ELLA DAVIS
VS.   ROBERT J. BERACK

————————— DEFENDANT OR NAMED WITHIN TO BE SERVED —————————

NAME:   ROBERT J. BERACK *Bercik* (78)
ADDRESS

RECEIVED
APR -7 201.

PAPERS SERVED: SUMMONS & COMPLAINT

———————————— SERVICE DATA RECORDED ———————————— DATE/TIME

☒ SERVED SUCCESSFULLY  ☐ UNABLE TO SERVE  NUMBER OF ATTEMPTS _____   3/31/14 / 1400

REMARKS: *Note: correct spelling Last Name.*

———————————— COPY SERVED UPON ————————————

☒ Personally Delivered   ☐ Officer
☐ Copy Left With Competent   ☐ Registered Agent
Household Member   ☐ Agent Authorized to Accept
☐ Managing Agent   ☐ Person in charge at registered office of

Person Served: _____ (Title/Relationship)

☐ IS IN THE MILITARY   ☐ IS NOT IN THE MILITARY

SEX:   ☐ MALE   ☐ FEMALE
SKIN:   ☐ WHITE   ☐ BLACK   ☐ YELLOW   ☐ BROWN   ☐ RED
HEIGHT:   ☐ UNDER 5 FT   ☐ 5.0-5.6 FT   ☐ 5.7-6.0 FT   ☐ OVER 6'
WEIGHT:   ☐ UNDER 100 LBS.   ☐ 100-150 LBS.   ☐ 151-200 LBS.   ☐ OVER 200 LBS.
HAIR:   ☐ BLACK   ☐ BROWN   ☐ BLONDE   ☐ GRAY   ☐ RED   ☐ WHITE   ☐ BALDING
AGE:   ☐ 14-20   ☐ 21-35   ☐ 36-50   ☐ 51-65   ☐ OVER 55

SWORN TO AND SUBSCRIBED
BEFORE ME ON:

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY

**SUMMONS**

Attorney(s) _____
Office Address _____
Town, State, Zip Code _____

Telephone Number _____
Attorney(s) for Plaintiff _____

**Superior Court of**
**New Jersey**

_Mercer_ **COUNTY**
_Law_ **DIVISION**
Docket No: L-2136-13

RECEIVED
COUNTY SHERIFF
2011 JUN 24  AM 10 01

---

Plaintiff(s)

Vs.

Ella Dass

Defendant(s)  Robert J. Roncek 1445 Raritan Rd
Clark, NJ 07066

**CIVIL ACTION**
**SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Clerk of the Superior Court
ELISABETH ANN STROM, ESQ.
Acting Clerk of Superior Court

DATED: 3/21/2014

Name of Defendant to Be Served: _____

Address of Defendant to Be Served: _____

Revised 09/04/2012, CN 10792-English (Appendix XII-A)

SUPERIOR COURT OF NEW JERSEY
SUPERIOR COURT OF N.J.
MERCER COUNTY
RECEIVED AND

( ) Check
OCT 03 2013 ( ) Money Order
Fee Paid & Entered

DEPUTY CLK /SUP CT
SUE REGAN

2013 OCT -3 P 3:30

RECEIVED IN FINANCE
MERCER COUNTY

Sue Regan
10:4 2013

E I/A
Name   SUE REGAN
DEPUTY CLERK OF SUPERIOR COURT
6581
Amount $ 200.
Batch # 618
Sue Regan
Dep. Clerk of Superior Court

33 Pearl St
Address

(609) 475-5707
Telephone Number

Superior Court of New Jersey

Law Division __Mercer__ County

Docket No M̶E̶R̶ L - 2130 - 13
(to be filled in by the court)

E//A Davis
Plaintiff

v.

Robert J. Bercik MD
United States Dept of Veteran Affairs
Defen     dant (s)

CIVIL ACTION
Complain

Plaintiff, _____E//A Davis_____ , residing at
(your name)

33 Pearl ST _____ City of __Trenton__,
(your address)            (your city or town)

County of __Mercer__.
(your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On __October 11__, 20 _11_ Robert J. Bercik MD, United States Defendant
(name of person being sued)
Dept. of Veterans Affairs. Smith-Nyhreed GT

(Summarize what happened that resulted in   your claim against the defendant. Use
additional pages if necessary.)

Me. Davis avers that the Knee prosthesis was incorrectly
designed/sized (too large) and/or implanted during the
10/11/2011 surgery which resulted in internal injury to the
tissues surrounding the implant, necessitating the 2012
and 2013 surgeries

Revised 09/1/2009, CN 10553-English (How to File a Complaint in the Superior Court)
Published 4/1/2008, CN 11210 – English
         Page 7 of 9

*Dept. of VETERANS Affairs*

The defendant in this action resides at ▓▓▓▓▓▓▓▓ *(defendant's address)*

In the County of O*Essex County* State Of New Jersey.

*(name of county where defendant lives)*

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include:

(list each item of damage and injury),

1. *KNEE would not bend*

   *THE KNEE CONTINUES to CAUSE SEVERE pain*

2. *AND RESTRICTED RANGE OF MOTION*

   *REPLACEMENT, THERE IS MODERATE PATELLA baja*

3. *WITH SOME EROSION PRESENT*

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: *10/3/13*      Signature: *[signature]*

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made



a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: _10/5/13_____ Signature: _____

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: _10/4/13_____ Signature: _____

Revised 09/1/2009, CN 10553-English (How to File a Complaint in the Superior Court)
Published 4/1/2008, CN 11210 – English

Page 9 of 9

CIVIL – LAW
CASE INFORMATION STATEMENT



# HOW TO COMPLETE THE CIVIL CASE INFORMATION STATEMENT (CIS)

These instructions are intended to guide individuals who are either plaintiffs or defendants in civil cases and who are not represented by an attorney in completing the Civil Case Information Statement (Civil CIS) required by court rules. The Civil CIS must be included with each party's first pleading in the Civil part of the Law Division. That is, the plaintiff must file it with the complaint and the defendant must file it with the answer. If it is not included, the papers will be returned.

The CIS summarizes your case and alerts the court to any special needs you may have such as the need for an interpreter or the need for a quick trial date because one of your witnesses is expected to be unavailable. The numbers for the various case types are located on the back of the form. Enter the number which best describes your complaint. For example, if you are suing the defendant for a breach of contract, your case number would be 599.

After you have completed the CIS, keep it with the other papers you are planning to file.

> Note: These materials have been prepared by the New Jersey Administrative Office of the Courts for use by self-represented litigants. The guides, instructions, and forms will be periodically updated as necessary to reflect current New Jersey statutes and court rules. The most recent version of the forms will be available at the county courthouse or on the Judiciary's Internet site (www.njcourts.com). However, you are ultimately responsible for the content of your court papers.

Appendix XII-B1

CLERK OF SUPERIOR COURT
SUPERIOR COURT OF N.J.
MERCED COUNTY
RECEIVED

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

FOR USE BY CLERK'S OFFICE ONLY
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO: OCT 0 3 2013
AMOUNT:
OVERPAYMENT:
SUE REGAN
DEPUTY CLERK OF SUPERIOR COURT

| | |
|---|---|
| 1. ATTORNEY / PRO SE NAME ELLA L. DAVIS | 2. TELEPHONE NUMBER | 3. COUNTY OF VENUE ESSEX COUNTY |

4. FIRM NAME (if applicable) N/A

5. DOCKET NUMBER (when available) MER - L - 2180 - 13

6. OFFICE ADDRESS Dept. of Veteran Affairs 20 Washington Pl., Newark, N.J. 07102

7. DOCUMENT TYPE Complaint

8. JURY DEMAND ☐ YES ☒ NO

9. NAME OF PARTY (e.g., John Doe, Plaintiff) Ella Davis

10. CAPTION N/A

11. CASE TYPE NUMBER (See reverse side for listing) 604 MED.MAL.

12. IS THIS A PROFESSIONAL MALPRACTICE CASE? ☒ YES ☐ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

13. RELATED CASES PENDING? ☐ YES ☒ NO

14. IF YES, LIST DOCKET NUMBERS N/A

15. DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☐ NO N/A

16. NAME OF DEFENDANT'S/PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☒ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

17. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO
IF YES, IS THAT RELATIONSHIP:
☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)
☐ FAMILIAL ☒ BUSINESS Dept. of Veteran Affairs

18. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO

19. USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION
Robert J. Barcik mD
United States Dept. of Veteran Affairs

20. DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☐ NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION N/A

21. WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO
IF YES, FOR WHAT LANGUAGE? N/A

22. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

23. ATTORNEY SIGNATURE: Ella F. Davis