UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELLA DAVIS, | |
| Plaintiff, | Civil Action No. 14-2759 (FLW)(LHG) |
| v. | **ORDER** |
| UNITED STATES OF AMERICA | |
| Defendant. | |

**THIS MATTER** having been opened to the Court on May 7, 2014, by the United States of America ("Defendant"), through its counsel Valerie D. Smith, Esq. on a Motion to Dismiss; it appearing that Ella Davis ("Plaintiff"), acting pro se, opposes the motion; the Court having considered the submissions of the parties; pursuant to Fed. R. Civ. P. 78; for good cause shown; and for the reasons stated in the opinion filed on this date;

**IT IS** on this 20th day of October,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that this case is dismissed, without prejudice.

Case closed.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson, U.S.D.J.